UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/8/2025

MERLUCCIO FILIPPO,

                          Plaintiff,

        -against-

COSTCO WHOLESALE CORPORATION,

                          Defendant.

7:24-cv-4439  (NSR)

ORDER

NELSON S. ROMÁN, United States District Judge:

        The Court having been advised that all claims asserted herein have been settled (*see* ECF

No. 18), it is ORDERED, that the above-entitled action be and hereby is discontinued, without

costs to either party, subject to reopening should the settlement not be consummated on or before

June 22, 2025. The parties are advised that if they wish the Court to retain jurisdiction in this matter

for purposes of enforcing any settlement agreement, they must submit the settlement agreement to

the Court within the next 45 days with a request that the agreement be "so ordered" by the Court.

The teleconference currently scheduled for September 4, 2025 is hereby adjourned *sine die*.

Dated:    May 8, 2025                          SO ORDERED:
          White Plains, NY

                                          _____
                                          NELSON S. ROMÁN
                                          United States District Judge